IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED DWAYNE GILBERT,

    Petitioner,               No. 2:08cv1119-LKK-JFM-(HC)

   vs.

CLAUDE FINN, Acting Warden,

    Respondent.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 30, 2008, petitioner's petition was dismissed and petitioner was granted leave to amend to name the proper respondent. On June 11, 2008, petitioner filed an amended petition (docket no. 5), in which he named Acting Warden Claude Finn as respondent, along with a request to file an amended petition (docket no. 6) as well as a request for leave to file a second amended petition (docket no. 7). In light of this court's May 30 order, petitioner's first request to amend will be denied as unnecessary. In petitioner's request for leave to file a second amended petition, he seeks leave to amend to name Claude Finn, Acting Warden, as respondent rather than the Sacramento County Superior Court Judge DeAlba. However, as noted above, the June 11, 2008 amended petition properly names Claude Finn as respondent. Thus, petitioner's second request will also be denied

1

as unnecessary.  This action will proceed on petitioner's amended petition, filed June 11, 2008. (Docket No. 5.)

Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer to the amended petition within forty-five days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:  June 18, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; gilb1119.100