IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED DWAYNE GILBERT,

    Petitioner,               No. 2:08cv1119-LKK-JFM-(HC)

    vs.

CLAUDE FINN, Acting Warden,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed June 19, 2008, the parties were informed that this action would proceed on petitioner's June 11, 2008 amended petition; petitioner named the warden as respondent and raised three claims for relief. Petitioner's second request for leave to file a second amended petition was denied because he sought leave to amend to name the warden as respondent; petitioner's amended petition named the warden as respondent. (June 19, 2008 Order.) Respondent was directed to answer the amended petition within 45 days. (<u>Id.</u>)

    Petitioner has now filed a third amended petition for writ of habeas corpus. Petitioner attempts to name Sacramento County Superior Court Judge DeAlba and Jerry Brown as respondents; petitioner raises only two claims for relief.

1

1  The Federal Rules of Civil Procedure provide that a party may amend his or her
2  pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R.
3  Civ. P. 15(a). Here, petitioner amended his petition as a matter of right on June 11, 2008. Thus,
4  petitioner must file a motion to amend seeking leave of court to amend his petition again. In
5  addition, petitioner must provide a proposed second amended petition that complies with this
6  court's orders. On May 30, 2008, petitioner was advised that "[a] petitioner for habeas corpus
7  relief must name the state officer having custody of him or her as the respondent to the petition."
8  Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28
9  U.S.C. foll. § 2254). Because the July 9, 2008 amended petition does not name the proper
10 respondent, it will be placed in the court file and disregarded.
11  In accordance with the above, IT IS HEREBY ORDERED that the July 9, 2008
12 third amended petition will be disregarded. This action shall proceed on petitioner's June 11,
13 2008 amended petition.
14 DATED: July 21, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; gilb1119.den